**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**NORMA JEAN HILL** **PLAINTIFF**

**VS.** **CASE NO. 3:26-CV-00062 BSM**

**INDEPENDENCE COUNTY, ARKANSAS et al** **DEFENDANTS**

# ORDER

Wright, Lindsey & Jennings LLP is on the Court's recusal list and has entered an appearance as counsel of record for a defendant in this action.

The Clerk is directed to randomly reassign this case to another United States Magistrate Judge.

IT IS SO ORDERED this 21st day of September, 2026.

UNITED STATES MAGISTRATE JUDGE